# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:22-cr-00070 |
| | ) |
| v. | ) District Judge Curtis L. Collier |
| | ) |
| JOSHUA ALEXANDER SANTANA | ) Magistrate Judge Christopher H. Steger |

## O R D E R

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 86) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Counts One, Two, and Three of the four-count Superseding Indictment; (2) accept Defendant's guilty plea to Counts One, Two, and Three of the four-count Superseding Indictment; (3) adjudicate Defendant guilty of Count One: assault on a federal officer with a deadly or dangerous weapon, or causing bodily injury in violation of 18 U.S.C. §§111(a)(1) and 111(b); (4) adjudicate Defendant guilty of Count Two: possession with intent to distribute fentanyl, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (5) adjudicate Defendant guilty of Count Three: possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (6) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 86) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Counts One, Two, and Three of the four-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One, Two, and Three of the four-count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One: assault on a federal officer with a deadly or dangerous weapon, or causing bodily injury in violation of 18 U.S.C. §§ 111(a)(1) and 111(b);

4. Defendant is hereby **ADJUDGED** guilty of Count Two: possession with intent to distribute fentanyl, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

5. Defendant is hereby **ADJUDGED** guilty of Count Three: possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

6. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

7. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **October 23, 2024, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**